CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 28 2009

JOHN F. CORCORAN, CLERK
BY: H McDonald
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM ALLEN JACKSON, IV, | ) | Civil Action No. 7:09-cv-00019 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN TERRY O'BRIEN, | ) | By: Hon. Jackson L. Kiser |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; petitioner's motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 28th day of January, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge